Charles E. Peck, appellee, v. Herman Ellerbrock, appellant. Gen. No. 28,790.

Action for damages to automobile struck by defendant's automobile truck. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924. Rehearing denied March 24, 1924.

Rathje & Connor, for appellant; Emmet J. Cleary, of counsel.

Cassels, Potter & Bentley, for appellee; Ralph F. Potter and John W. Fisher, of counsel.

Mr. Justice McSurely delivered the opinion of the court.